UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                    :
CHRISTINE SCOTT,                              :
                                                    :
                                 Plaintiff,    :
                                                    :                  21-CV-7711 (VSB)
                    -against-                 :
                                                    :                       **ORDER**
YSB SERVICES INC.,                  :
                                                    :
                                Defendants.  :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On April 12, 2024, I entered an Order directing the parties to submit a joint letter and a proposed case management plan and scheduling order on or before April 26, 2024. (Doc. 46.) To date, the parties have not done so. Accordingly, the parties are hereby:

       ORDERED to file the joint letter and proposed case management plan and scheduling order by no later than May 16, 2024. If the parties fail to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  May 2, 2024
         New York, New York

                                                                  Vernon S. Broderick
                                                                  United States District Judge